IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 15-839-RGA |
| HOSPIRA, INC., | : |
| Defendant. | : |

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware is hereby directed to furnish lunch and dinner for 8 jurors in the above entitled case for September 18, 2017, through September 22, 2017.

September 25, 2017
DATE

_[signature: Richard G Andrews]_
UNITED STATES CIRCUIT JUDGE