Filed in open Court this 22nd September 2017.

/s/ RGA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| AMGEN INC. and<br>AMGEN MANUFACTURING LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPIRA, INC.,<br><br>Defendant. | Civil No. 1:15-cv-839-RGA |
|---|---|

## JURY VERDICT

**Instructions**: When answering the following questions and completing this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to each question. Throughout this form, "Amgen" refers to the plaintiffs, Amgen Inc. and Amgen Manufacturing Limited, and "Hospira" refers to the defendant, Hospira, Inc.

You should answer all of questions 1 to 5. Question 6, about damages, should only be answered if you find that there is at least one of the accused batches that infringed a valid claim and that was not protected by the Safe Harbor Defense.

# QUESTIONS AND ANSWERS

## INFRINGEMENT OF U.S. PATENT NO. 5,756,349 (THE '349 PATENT)

1. Do you find that Amgen has proven by a preponderance of the evidence that Hospira infringed any of the following cell or process claims of the '349 patent?

   *Answer this question for each claim by circling either "Yes" or "No" to the right of the claim number.*

   *"Yes" is a finding for Amgen.*
   *"No" is a finding for Hospira.*

   | | | |
   |---|---|---|
   | Claim 1 | Yes | **(No)** |
   | Claim 2 | Yes | **(No)** |
   | Claim 3 | Yes | **(No)** |
   | Claim 4 | Yes | **(No)** |
   | Claim 5 | Yes | **(No)** |
   | Claim 6 | Yes | **(No)** |
   | Claim 7 | Yes | **(No)** |

## INFRINGEMENT OF U.S. PATENT NO. 5,856,298 (THE '298 PATENT)

2. Do you find that Amgen has proven by a preponderance of the evidence that Hospira infringed either of the following process claims of the '298 patent?

   *Answer this question for each claim by circling either "Yes" or "No" to the right of the claim number.*

   *"Yes" is a finding for Amgen.*
   *"No" is a finding for Hospira.*

   | | | |
   |---|---|---|
   | Claim 24 | **(Yes)** | No |
   | Claim 27 | **(Yes)** | No |

## SAFE HARBOR

3. Do you find that Hospira has proven by a preponderance of the evidence that the Safe Harbor Defense applied to the manufacture of the following batches of Hospira's EPO drug substance?

> *Answer this question for each lot listed below by marking either "Yes" or "No" to the right of the lot number.*
>
> *"Yes" is a finding for Hospira.*
> *"No" is a finding for Amgen.*

| Year of manufacture | Lot Number | Yes | No |
|---|---|---|---|
| 2013 | 410733 | ✓ | |
| 2013 | 410740 | ✓ | |
| 2013 | 410744 | | ✓ |
| 2013 | 410751 | | ✓ |
| 2014 | 410753 | | ✓ |
| 2014 | 410754 | | ✓ |
| 2014 | 410759 | | ✓ |
| 2014 | 410762 | | ✓ |
| 2014 | 410765 | | ✓ |
| 2014 | 410768 | | ✓ |
| 2015 | 410840 | | ✓ |
| 2015 | 410844 | | ✓ |
| 2015 | 410845 | ✓ | |
| 2015 | 410846 | ✓ | |
| 2015 | 410847 | ✓ | |
| 2015 | 410848 | ✓ | |
| 2015 | 410849 | ✓ | |
| 2015 | 410850 | | ✓ |
| 2015 | 410851 | | ✓ |
| 2015 | 410852 | | ✓ |
| 2015 | 410853 | | ✓ |

## ANTICIPATION

4. Do you find that Hospira has proven by clear and convincing evidence that either of the following claims of the '298 patent is invalid because the claimed method was anticipated by U.S. Patent No. 4,667,016 (Lai)?

    *Answer this question for each claim by circling either "Yes" or "No" to the right of the claim number.*

    *"Yes" is a finding for Hospira.*
    *"No" is a finding for Amgen.*

    Claim 24    Yes    (No)
    Claim 27    Yes    (No)

## OBVIOUSNESS

5. Do you find that Hospira has proven by clear and convincing evidence that either of the following claims of the '298 patent is invalid because the claimed method was obvious to a person of ordinary skill in the art at the time of the invention of the '298 patent, based on U.S. Patent No. 4,667,016 (Lai) in combination with the Lukowsky article?

    *Answer this question for each claim by circling either "Yes" or "No" to the right of the claim number.*

    *"Yes" is a finding for Hospira.*
    *"No" is a finding for Amgen.*

    Claim 24    Yes    (No)
    Claim 27    Yes    (No)

## DAMAGES

6. What is the amount of damages that Amgen has proven by a preponderance of the evidence?

    Damages: $ 70 Million

## UNANIMOUS VERDICT

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

September 22, 2017

