IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 15-839-RGA |
| HOSPIRA, INC., | : |
| Defendant. | : |

**JUDGMENT**

This 25 day of September 2017, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

Judgment in the amount of $70,000,000 is entered for Plaintiffs Amgen Inc. and Amgen Manufacturing Limited and against Defendant Hospira, Inc. on the Third Count of the Second Amended Complaint. (D.I. 139).

Judgment is further entered for Defendant Hospira, Inc. and against Plaintiffs Amgen Inc. and Amgen Manufacturing Limited on the Fourth Count of the Second Amended Complaint. (D.I. 139).

Judgment is further entered for Plaintiffs Amgen Inc. and Amgen Manufacturing Limited and against Defendant Hospira Inc. on Hospira's Second Counterclaim. (D.I. 151).

*Richard G. Andrews*
United States District Judge