AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Amgen Inc., et al
v.
Hospira Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: C.A. 15-839 RGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Richard G. Andrews | Jason Rawnsley, Esq. | Dominick Gattuso, Esq. |
| TRIAL DATE(S) 9/18/17 - 9/22/17 | COURT REPORTER V. Gunning / L. Dibbs | COURTROOM DEPUTY K. Ringgold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 9/18/17 |  |  | Dr. Daniel Billen |
| 2 |  | 9/18/17 |  |  | Dr. Fu-Kuen Lin |
| 3 |  | 9/18/17 |  |  | Dr. Randolph Wall |
| 4 |  | 9/18/17 |  |  | Dr. Sam Billingham (Video Deposition) |
| 5 |  | 9/18/17 |  |  | Cole Pinnow (Video Deposition) |
| 6 |  | 9/19/17 |  |  | Dr. Thomas Strickland |
| 7 |  | 9/19/17 |  |  | Dr. Richard Cummings |
| 8 |  | 9/19/17 |  |  | Dr. Ronald McLawhon |
| 9 |  | 9/19/17 |  |  | Timothy Noffke (Video Deposition) |
| 10 |  | 9/19/17 |  |  | Dr. Randy Heeb |
|  | 1 | 9/20/17 |  |  | Tracy Dianis |
|  | 2 | 9/20/17 |  |  | Dr. Catherine Srebalus Barnes |
|  | 3 | 9/20/17 |  |  | Dr. Sam Billingham |
|  | 4 | 9/20/17 |  |  | Dr. Howard Levine |
|  | 5 | 9/21/17 |  |  | Joan Egrie |
|  | 6 | 9/21/17 |  |  | Dr. Robert Hamilton |
|  | 7 | 9/21/17 |  |  | Dr. Gregory Bell |
| 11 |  | 9/21/17 |  |  | Dr. Sheryl Martin-No |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages