OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

AMGEN INC., AMGEN MANUFACTURING, LIMITED,

        Plaintiffs,

V.

HOSPIRA, INC.,

        Defendants.

**ADMITTED EXHIBIT LIST**

Case Number: 15-cv-839-RGA

| PRESIDING JUDGE Honorable Richard G. Andrews | | | | PLAINTIFFS' ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| TRIAL DATE(S) September 18-22, 2017 | | | | COURT REPORTER: | COURTROOM DEPUTY |
| Trial Exhibit No. | Date Offered | Objections | Admitted | Description of Trial Exhibits | |
| **PLAINTIFFS' TRIAL EXHIBIT NUMBERS** | | | | | |
| PTX-001 | 9/18 | No | 09/18/2017 Lin | Lin US Patent No. 5,756,349 Production of Erythropoietin (5/26/1998) | |
| PTX-003 | 9/19 | No | 9/19/2017 Strickland | Strickland Certified US Patent No. 5,856,298 (1/5/1999) | |
| PTX-004B | 9/22 | No | 9/22/2017 Cummings | March 1, 1996 Notice of Allowability (Paper 28) - From Strickland Certified US Patent File History for 5,856,298 (1/5/1999) | |
| PTX-077 | 9/18 | No | 09/18/2017 Lin | Nephrology News and Issues: Amgen EPO Pioneers Win Quality of Life Award dated December 1990 | |
| PTX-128 | 9/21 | No | 9/21/2017 Hamilton | Cotes, Immunoreactive erythropoietin in serum, Br. 1 Haematol., 50 :427-438 (1982) | |
| PTX-130 | 9/19 | No | 9/18/2017 Strickland | Memo re Epoetin alfa II (EPOII) IND/PLA Amendment (9/30/1991) | |
| PTX-137 | 9/18 | No | 09/18/2017 Lin | Amgen Project Proposal Form re Erythropoietin | |
| PTX-142 | 9/18 | No | 09/18/2017 Lin | Memo dated 4/5/84 from D. Vapnek re EPO Molecular Biology Group | |
| PTX-199 | 9/19 | No | 9/19/2017 McLawhon | The European Pharmacopoeia Forum Special Issue Biologicals, Bio 97-2, December 1997 | |
| PTX-200 | 9/19 | No | 9/19/2017 McLawhon | Gross, et al., Collaborative Study for the Establishment of Erythropoietin BRP Bach 2, PharmaEuropa Bio 2004-1, p. 23-33 | |
| PTX-250 | 9/19 | No | 9/19/2017 Heeb | 3.2.S.4.4 Batch Analyses | |

| Trial Exhibit No. | Date Offered | Objections | Admitted | Description of Trial Exhibits |
|---|---|---|---|---|
| PTX-293 | 9/19 | No | 9/19/2017 McLawhon | Siegried CMS Ltd Report - Development of Erythropoietin Expressing CHO Cell Lines |
| PTX-339 | 9/19 | No | 9/19/2017 Noffke | Hospira EPO Risk Authorization: 2015 EPO Drug Substance Manufacturing (September 2014) |
| PTX-340 | 9/19 | No | 9/19/2017 Noffke | Hospira EPO Risk Authorization: Addendum to the 2015 EPO DS Campaign Risk Authorization - Addition of Four EPO Drug Substance Batches to the 2015 GSK Campaign (May 2015) |
| PTX-341 | 9/19 | No | 9/19/2017 Noffke | Hospira EPO Risk Authorization: 2016 EPO Drug Substance Manufacturing (March 2015) |
| PTX-342 | 9/19 | No | 9/19/2017 Noffke | Hospira EPO Risk Authorization: 2014 EPO Drug Substance Manufacturing (February 2014) |
| PTX-435 | 9/20 | No | 9/20/2017 Dianis | Guidance for Industry, Process Validation: General Principles and Practices, FDA/DHHS, January 2011 |
| PTX-436 | 9/21 | No | 9/21/2017 Levine | FDA's Pre-Approval Inspection (PAI) Program and How to prepare for a successful outcome |
| PTX-492 | 9/21 | No | 9/21/2017 Martin-Moe | Guidance for Industry Q1A(R2) Stability Testing of New Drug Substances and Products (November 2003) |
| **DEFENDANTS' TRIAL EXHIBIT NUMBERS** | | | | |
| DTX-009 | 9/19 | Yes | 9/19/2017 Strickland | U.S. Patent No. 4,667,016 (Lai) |
| DTX-108 | 9/20 | No | 9/20/2017 Dianis | Cover sheet accompanying Hospira's Application to Market a New or Abbreviated New Drug or Biologic for Human Use No. 125545 |
| DTX-112 | 9/20 | No | 9/20/2017 Dianis | Letter from de Claro at FDA to Nguyen at Hospira re: Meeting Minutes |
| DTX-114 | 9/20 | No | 9/20/2017 Dianis | Hospira BLA Module 1: Administrative and prescribing information: Establishment information for form FDA 356h |
| DTX-116 | 9/19 | No | 9/19/2017 Cummings | Hospira BLA Section 3.2.S.2.2 Description of Manufacturing Process and Process Controls |
| DTX-125 | 9/20 | No | 9/20/2017 Dianis | E-mail from Reeves to Wisemandle re: EPO Type 1 Meeting Package |
| DTX-131 | 9/18 | No | 9/18/2018 Wall | Hospira BLA Section 3.2.S.2.3 Control of Materials |
| DTX-138 | 9/18 | No | 9/18/2017 Pinnow | Exclusive distribution and Supply agreement: Epoetin CKD Market by and between Hospira, Inc. and Vifor (International) Ltd. |
| DTX-139 | 9/19 | No | 9/19/2017 Cummings | Hospira BLA Section 3.2.S.3.1 Elucidation of Structure and other Characteristics |
| DTX-141 | 9/19 | No | 9/19/2017 Cummings | Hospira Response to quality, drug substance and drug produce, items 1, 21 and 29 in the complete response letter |
| DTX-169 | 9/19 | No | 9/19/2017 Noffke | E-mail from M. Mullen to Billingham et al. re: EPO inventory |
| DTX-177 | 9/19 | No | 9/19/2017 Noffke | Master Development and Supply Agreement (GSK contract) |
| DTX-178 | 9/19 | No | 9/19/2017 Noffke | Amendment to Master Development and Supply Agreement |

| Trial Exhibit No. | Date Offered | Objections | Admitted | Description of Trial Exhibits |
|---|---|---|---|---|
| DTX-189 | 9/19 | No | 9/19/2017 Noffke | EPO Drug Substance Manufacturing Analysis, February 14, 2014 |
| DTX-190 | 9/21 | No | 9/21/2017 Bell | EPO Supply Strategy and Costs, BRB, 14 July 2014 |
| DTX-192 | 9/19 | No | 9/19/2017 Noffke | EPO Supply Chain Launch Readiness, April 9, 2014 BVT Review |
| DTX-193 | 9/18 | No | 9/18/2017 Pinnow | US Biologics Platform: EPO Launch Preparation Update, September 19th, 2013 |
| DTX-210 | 9/21 | No | 9/21/2017 Levine | Lukowsky et al., "Studies on the Role of Sialic Acid in the Physical and Biological Properties of Erythropoietin," Can. J. Biochem. 50, 909-917 (1972) |
| DTX-211 | 9/21 | No | 9/21/2017 Levine | Beeley, Glycoprotein and Proteoglycan Techniques, in Laboratory Techniques in Biochemistry and Molecular Biology 88-91 (1985) (Beeley I) |
| DTX-225 | 9/19 | No | 9/19/2017 Noffke | EPO Supply Strategy and Costs, 7/14/14 |
| DTX-250 | 9/20 | No | 9/20/2017 Dianis | Hospira BLA Section 3.2.S.2.5 Process Validation and/or Evaluation |
| DTX-252 | 9/20 | No | 9/20/2017 Billingham | Periodic Product Review: CMO1030 (Erythropoietin) - GSK |
| DTX-255 | 9/19 | No | 9/19/2017 Cummings | Hospira BLA Section 3.2.S.4.4 Batch Analysis |
| DTX-256 | 9/21 | No | 9/21/2017 Martin-Moe | Hospira BLA Section 3.2.S.7.2 Post-Approval Stability Protocol and Stability Commitment |
| DTX-258 | 9/20 | No | 9/20/2017 Srebalus-Barnes | Hospira BLA Section 3.2.S.7.1 Stability Summary and Conclusions |
| DTX-261 | 9/20 | No | 9/20/2017 Billingham | Hospira BLA Section 3.2.P.5.4 Batch Analyses |
| DTX-266 | 9/20 | No | 9/20/2017 Srebalus-Barnes | Hospira BLA Section 2.3.R.5.3 Biosimilarity Assessment Samples |
| DTX-267 | 9/20 | No | 9/20/2017 Srebalus-Barnes | Hospira BLA Section 3.2.S.4.5 Justification of Specifications, Module 3, Quality |
| DTX-270 | 9/19 | No | 9/19/2017 Cummings | Hospira BLA Section 2.2 Introduction |
| DTX-291 | 9/19 | No | 9/19/2017 McLawhon | Hospira BLA Section 3.2.P.6 Reference Standards or Materials |
| DTX-303 | 9/20 | No | 9/20/2017 Srebalus-Barnes | Hospira BLA Section 3.2.R.5.7 Analytical Biosimilarity Assessment Conclusions |
| DTX-385 | 9/18 | No | 9/18/2017 Lin | U.S. Patent No. 4,703,008 (1987) |
| DTX-387 | 9/18 | No | 9/18/2017 Lin | U.S. Patent No. 5,441,868 (1995) |
| DTX-458 | 9/19 | No | 9/19/2017 Noffke | E-mail from T. Noffke to C. Srebalus-Barnes, et al. re: Looking for EPO DS Materials for a Method Study |

| Trial Exhibit No. | Date Offered | Objections | Admitted | Description of Trial Exhibits |
|---|---|---|---|---|
| DTX-478B | 9/19 | No | 9/19/2017 Heeb | EPO Lot Inventory |
| DTX-502 | 9/20 | No | 9/20/2017 Dianis | FDA Complete Response Letter dated October 16 2015 |
| DTX-506 | 9/20 | No | 9/20/2017 Billingham | Response to FDA Complete Response Letter (CRL) from October 16, 2015 for Product Quality, Drug Substance (CRL Items 6-22) |
| DTX-527 | 9/20 | No | 9/20/2017 Billingham | Hospira BLA Section 3.2.S.2.2 Description of Manufacturing Process and Process Controls |
| DTX-651 | 9/21 | No | 9/21/2017 Hamilton | Jelkmann, Efficacy of recombinant erythropoietins: is there unity of international units?, 24 NEPHROL. DIAL. TRANSPLANT 1366 (2009) |