IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPIRA, INC.<br><br>Defendant. | C.A. No. 15-cv-839-RGA |

**NON-PARTY GLAXOSMITHKLINE LLC'S JOINDER TO DEFENDANT HOSPIRA, INC.'S REPLY IN SUPPORT OF ITS MOTION TO SEAL CONFIDENTIAL EXHIBITS <u>ADMITTED AT TRIAL</u>**

Non-Party GlaxoSmithKline LLC ("GSK") hereby joins Defendant Hospira, Inc.'s ("Hospira") Reply in Support of Its Motion to Seal Confidential Exhibits Admitted at Trial (D.I. 370) ("Reply").

GSK joins in the Reply for all the reasons set forth by Hospira therein. Additionally, GSK notes that Amgen has still failed to articulate any legitimate basis for opposing the sealing of Non-Party GSK's confidential business information and there remains none.

Therefore, GSK respectfully requests that its confidential information be placed under seal to protect the harm Amgen seeks to impose on it.

Dated:  November 16, 2017

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for GlaxoSmithKline LLC*

2