### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. and<br>AMGEN MANUFACTURING, LIMITED,<br><br>                      Plaintiffs,<br><br>  vs.<br><br>HOSPIRA, INC.,<br><br>                      Defendant. | C.A. No. 15-839 (RGA) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. Local Rule 7.1.4, Defendant Hospira, Inc., by and through its undersigned counsel, hereby respectfully requests oral argument, regarding (i) Plaintiffs' Motion for Prejudgment and Post-Judgment Interest (D.I. 352); (ii) Defendant Hospira, Inc.'s Motion for Judgment as a Matter of Law under Rule 50(b) and, in the Alternative, for Remittitur or a New Trial under Rule 59 (D.I. 355); and, (iii) Plaintiffs' Renewed Motion for Judgment as a Matter of Law of Infringement of the '349 Patent or, in the Alternative, for a New Trial (D.I. 356).

| | |
|---|---|
| OF COUNSEL:<br><br>WILLKIE FARR & GALLAGHER LLP<br>Thomas J. Meloro<br>Michael W. Johnson<br>Heather M. Schneider<br>Dan Constantinescu<br>M. Diana Danca<br>Tara L. Thieme<br>Philip F. DiSanto<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br> /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (# 3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Hospira, Inc.* |

Dated:  December 15, 2017